Form 132 − 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−19817−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dae'Trell Ivan Lindsey
51 Club House Dr
Willingboro, NJ 08046−3403

Social Security No.:
xxx−xx−7028

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date: 10/21/26
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 31, 2026
JAN: mrg

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-19817-MBK

Dae'Trell Ivan Lindsey Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin 

Date Rcvd: Aug 31, 2026 Form ID: 132 Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dae'Trell Ivan Lindsey, 51 Club House Dr, Willingboro, NJ 08046-3403 |
| 521345591 | | Araina Howard, 4208 Towne Lake Heights, Woodstock, GA 30189-4238 |
| 521345594 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521345595 | | City of New York, Office of Child Support Services, 151 W Broadway 4th Floor, New York, NY 10013-4499 |
| 521345597 | | Commonwealth of Pennsylvania, Office of General Counsel, Attn: Bankruptcy, 30 N 3rd St Ste 200, Harrisburg, PA 17101-1715 |
| 521345598 | | Commonwealth of Pennsylvania, Office of Attorney General, Attn: Bankruptcy, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 521345596 | | Commonwealth of Pennsylvania, Department of Revenue, Attn: Bankruptcy, Department 280946, Harrisburg, PA 17128-0001 |
| 521345599 | + | County of Burlington, 49 Rancocas Rd, Mount Holly, NJ 08060-1384 |
| 521345600 | | DE E-Z Pass, Attn: Bankruptcy, 22 W Loockerman St # 24, Dover, DE 19904-7324 |
| 521345607 | | PA E-ZPass, Attn: Bankruptcy, 300 E Park Dr #2729, Harrisburg, PA 17111-2729 |
| 521345610 | | Self Financial Inc., Attn: Bankruptcy, 91 Red River St Unit 1000, Austin, TX 78701-4814 |
| 521345614 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521345615 | | State of South Carolina, Department of Revenue, Attn: Bankruptcy, 300A Outlet Pointe Blvd, Columbia, SC 29210-5666 |
| 521345616 | | Tia Bragg, 768 S Seventh St, Vineland, NJ 08360-5761 |
| 521345617 | + | Twp. of Willingboro, Attn: Bankruptcy, 1 Martin Luther King Jr. Blvd, Willingboro, NJ 08046-2853 |
| 521345618 | | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521345620 | | United Debt Settlement LLC, Attn: Bankruptcy, 240 W 37th St Ste 400, New York, NY 10018-5733 |
| 521345621 | + | Vineland Gardens, 775 S 6th St, Vineland, NJ 08360-5661 |
| 521345622 | | Willingboro Municipal Utilities Authority, Attn: Bankruptcy, 433 John F Kennedy Way, Willingboro, NJ 08046-2123 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 31 2026 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 31 2026 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521347405 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 31 2026 21:35:03 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521345589 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 31 2026 21:36:00 | Ally Financial Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 521345590 | | Email/PDF: bncnotices@becket-lee.com | Aug 31 2026 21:34:43 | American Express, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 521345592 | | Email/Text: BankruptcyNotices@aafes.com | Aug 31 2026 21:37:00 | Army & Air Force Exchange Services, Attn: Bankruptcy, PO Box 650060, Dallas, TX 75265-0060 |
| 521345593 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 31 2026 21:34:40 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521345601 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 31 2026 21:37:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521345602 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 31 2026 21:35:01 | JPMorgan Chase, Attn: Bankruptcy, 270 Park Ave, New York, NY 10017-2014 |
| 521345603 | | Email/Text: bankruptcies@lead.bank | Aug 31 2026 21:36:00 | Lead Bank, Attn: Bankruptcy, 1801 Main St, Kansas City, MO 64108-2352 |
| 521345606 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 31 2026 21:36:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521345604 | | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 31 2026 21:38:00 | Navy Federal Credit Union, Attn: Bankruptcy, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 521345605 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 31 2026 21:36:00 | Newrez, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 521345609 | ^ | MEBN | Aug 31 2026 21:28:42 | PSEG, Attn: Bankruptcy, 80 Park Plz, Newark, NJ 07102-4194 |
| 521345608 | | Email/Text: recovery@paypal.com | Aug 31 2026 21:36:00 | PayPal, Attn: Bankruptcy, 2211 N 1st St, San Jose, CA 95131-2021 |
| 521345613 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 31 2026 21:36:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521345611 | | Email/Text: REV_Bankruptcy_General@state.de.us | Aug 31 2026 21:37:00 | State of Delaware, Division of Revenue, Attn: Bankruptcy, 820 N French St 8th Floor Floor, Wilmington, DE 19801-3509 |
| 521345612 | ^ | MEBN | Aug 31 2026 21:27:18 | State of New Jersey, Division of Law, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521345619 | ^ | MEBN | Aug 31 2026 21:28:00 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

**Name** **Email Address**

| | |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Michael I. Assad | on behalf of Debtor Dae'Trell Ivan Lindsey mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3