Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−19817−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dae'Trell Ivan Lindsey
51 Club House Dr
Willingboro, NJ 08046−3403

Social Security No.:
xxx−xx−7028

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/23/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 23, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-19817-MBK

Dae'Trell Ivan Lindsey Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Nov 01, 2026 Form ID: 148 Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dae'Trell Ivan Lindsey, 51 Club House Dr, Willingboro, NJ 08046-3403 |
| 521345591 | | Araina Howard, 4208 Towne Lake Heights, Woodstock, GA 30189-4238 |
| 521345594 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521345595 | | City of New York, Office of Child Support Services, 151 W Broadway 4th Floor, New York, NY 10013-4499 |
| 521345597 | | Commonwealth of Pennsylvania, Office of General Counsel, Attn: Bankruptcy, 30 N 3rd St Ste 200, Harrisburg, PA 17101-1715 |
| 521345598 | | Commonwealth of Pennsylvania, Office of Attorney General, Attn: Bankruptcy, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 521345596 | | Commonwealth of Pennsylvania, Department of Revenue, Attn: Bankruptcy, Department 280946, Harrisburg, PA 17128-0001 |
| 521345599 | + | County of Burlington, 49 Rancocas Rd, Mount Holly, NJ 08060-1384 |
| 521345600 | | DE E-Z Pass, Attn: Bankruptcy, 22 W Loockerman St # 24, Dover, DE 19904-7324 |
| 521388450 | + | NYC-HRA Office of Child Support Services, 150 Greenwich St, 40th fl, New York, NY 10007-5211 |
| 521345607 | | PA E-ZPass, Attn: Bankruptcy, 300 E Park Dr #2729, Harrisburg, PA 17111-2729 |
| 521345610 | | Self Financial Inc., Attn: Bankruptcy, 91 Red River St Unit 1000, Austin, TX 78701-4814 |
| 521345614 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521345615 | | State of South Carolina, Department of Revenue, Attn: Bankruptcy, 300A Outlet Pointe Blvd, Columbia, SC 29210-5666 |
| 521345616 | | Tia Bragg, 768 S Seventh St, Vineland, NJ 08360-5761 |
| 521345617 | + | Twp. of Willingboro, Attn: Bankruptcy, 1 Martin Luther King Jr. Blvd, Willingboro, NJ 08046-2853 |
| 521345620 | | United Debt Settlement LLC, Attn: Bankruptcy, 240 W 37th St Ste 400, New York, NY 10018-5733 |
| 521345621 | + | Vineland Gardens, 775 S 6th St, Vineland, NJ 08360-5661 |
| 521345622 | | Willingboro Municipal Utilities Authority, Attn: Bankruptcy, 433 John F Kennedy Way, Willingboro, NJ 08046-2123 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2026 01:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 01 2026 01:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521347405 | + | EDI: AISACG.COM | Nov 01 2026 05:37:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521355075 | + | EDI: AISACG.COM | Nov 01 2026 05:37:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521345589 | + | EDI: GMACFS.COM | Nov 01 2026 05:37:00 | Ally Financial Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 521345590 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2026 02:14:30 | American Express, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 521386889 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2026 02:13:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521345592 | | EDI: AAFES | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 01 2026 05:37:00 | Army & Air Force Exchange Services, Attn: Bankruptcy, PO Box 650060, Dallas, TX 75265-0060 |
| 521345593 | | EDI: CAPITALONE.COM | Nov 01 2026 05:37:00 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521345601 | | EDI: IRS.COM | Nov 01 2026 05:37:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521345602 | | EDI: JPMORGANCHASE | Nov 01 2026 05:37:00 | JPMorgan Chase, Attn: Bankruptcy, 270 Park Ave, New York, NY 10017-2014 |
| 521377465 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 01 2026 01:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521345603 | | Email/Text: bankruptcies@lead.bank | Nov 01 2026 01:41:00 | Lead Bank, Attn: Bankruptcy, 1801 Main St, Kansas City, MO 64108-2352 |
| 521345606 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 01 2026 01:41:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521363296 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 01 2026 01:41:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 521345604 | | EDI: NFCU.COM | Nov 01 2026 05:37:00 | Navy Federal Credit Union, Attn: Bankruptcy, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 521368135 | + | EDI: NFCU.COM | Nov 01 2026 05:37:00 | Navy Federal Credit Union, P.O. BOX 3000, Merrifield, VA 22119-3000 |
| 521359902 | + | Email/Text: ecfbnc@aldridgepite.com | Nov 01 2026 01:42:00 | NewRez, LLC, Nikita R. Joshi, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 521345605 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 01 2026 01:42:00 | Newrez, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 521345609 | ^ | MEBN | Nov 01 2026 01:49:30 | PSEG, Attn: Bankruptcy, 80 Park Plz, Newark, NJ 07102-4194 |
| 521345608 | | Email/Text: recovery@paypal.com | Nov 01 2026 01:41:00 | PayPal, Attn: Bankruptcy, 2211 N 1st St, San Jose, CA 95131-2021 |
| 521345613 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 01 2026 01:41:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521345611 | | Email/Text: REV_Bankruptcy_General@state.de.us | Nov 01 2026 01:43:00 | State of Delaware, Division of Revenue, Attn: Bankruptcy, 820 N French St 8th Floor Floor, Wilmington, DE 19801-3509 |
| 521363291 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Nov 01 2026 01:43:00 | State of Delaware Division of Revenue, Kathleen Cruz-Morefield, PO Box 8763, MS #28, Wilmington, DE 19899-8763 |
| 521345612 | ^ | MEBN | Nov 01 2026 01:49:10 | State of New Jersey, Division of Law, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521361422 | + | Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | Nov 01 2026 01:42:00 | State of New Jersey Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 521345618 | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2026 01:43:00 | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521345619 | ^ | MEBN | Nov 01 2026 01:49:23 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Michael I. Assad | on behalf of Debtor Dae'Trell Ivan Lindsey mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3