| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:<br>Chapter: | 26-19817-MBK<br>13 |
| In re: Dae′Trell Ivan Lindsey,<br><br>*Debtor.* | Hearing Date:<br>Judge: | December 2, 2026<br>Michael B. Kaplan |

**Notice of Motion to Vacate Dismissal of Case**

**PLEASE TAKE NOTICE** that on December 2, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, Debtor Dae′Trell Ivan Lindsey, through his attorney, will move before the Honorable Michael B. Kaplan, United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, N.J. 08608, Courtroom #8, for entry of an order vacating the Chapter 13 Standing Trustee Pre-Confirmation Order of Dismissal entered October 23, 2026, at ECF No. 13, and reinstating this case.

In support of the motion, the Debtor relies on the accompanying Certification of Dae′Trell Ivan Lindsey and Certification of Michael I. Assad. A proposed order in the form of Local Form Order on Motion to Vacate Dismissal of Case is submitted.

Any opposition must be filed and served not later than seven days before the hearing date. If no timely opposition is filed, the motion may be deemed uncontested and the relief granted without a hearing.

Date: November 2, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad