| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:<br>Chapter: | 26-19817-MBK<br>13 |
| In re: Dae'Trell Ivan Lindsey,<br>*Debtor*. | Hearing Date:<br>Judge: | December 2, 2026<br>Michael B. Kaplan |

**Certification of Dae'Trell Ivan Lindsey in Support of Motion to Vacate Dismissal of Case**

I, Dae'Trell Ivan Lindsey, certify as follows:

1. I am the Debtor in this chapter 13 case.

2. I have personal knowledge of all facts in this certification.

3. I filed this case on August 28, 2026.

4. My plan proposes payments of $600 per month to the Trustee.

5. On September 22, 2026, I paid $600 to the Trustee.

6. When my case was dismissed, my access to the Trustee's online payment system was terminated.

7. Before the hearing on this motion, I will pay to my attorney the plan payments that come due through the hearing date, to be held in my attorney's trust account.

8. If the case is reinstated, I will attend the rescheduled meeting of creditors.

9. I am employed, and my income is sufficient to fund a chapter 13 plan.

10. I will propose a feasible chapter 13 plan prior to the hearing on this motion.

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 2, 2026

/s/ Dae'Trell Ivan Lindsey
Dae'Trell Ivan Lindsey