**United States Bankruptcy Court**
**District of New Jersey**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Dae'Trell Ivan Lindsey,

*Debtor.*

| | |
|---|---|
| Case No.: | 26-19817-MBK |
| Chapter: | 13 |
| Hearing Date: | December 2, 2026 |
| Judge: | Michael B. Kaplan |

**Certification of Michael I. Assad in Support of Motion to Vacate Dismissal of Case**

I, Michael I. Assad, certify as follows:

1. I am an attorney at law of the State of New Jersey and counsel to the Debtor, Dae'Trell Ivan Lindsey, in this chapter 13 case.

2. Except where stated upon information and belief, I have personal knowledge of the facts in this certification.

3. As the Debtor's counsel, I had access to the Trustee's document-upload portal for this case. When the case was dismissed on October 23, 2026, that access was terminated.

4. Upon information and belief, I have all of the documents the Trustee requires from the Debtor.

5. I can provide those documents to the Trustee before the hearing on the Debtor's motion to vacate dismissal if I am given a secure means to do so.

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 2, 2026

/s/ Michael I. Assad
Michael I. Assad