| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:<br>Chapter: | 26-19817-MBK<br>13 |
| In re: Dae'Trell Ivan Lindsey,<br>*Debtor.* | Hearing Date:<br>Judge: | December 2, 2026<br>Michael B. Kaplan |

**Certification of Service**

1. I, Michael I. Assad, represent the Debtor, Dae'Trell Ivan Lindsey, in this matter.
2. On November 2, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - Notice of Motion to Vacate Dismissal of Case;
   - Certification of Dae'Trell Ivan Lindsey;
   - Certification of Michael I. Assad; and
   - proposed Local Form Order on Motion to Vacate Dismissal of Case.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 2, 2026

/s/ Michael I. Assad
Michael I. Assad

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>PO Box 4853<br>Trenton, NJ 08650 | Chapter 13 Standing Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Fed. R. Civ. P. 5(b)(2)(E) |
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Fed. R. Civ. P. 5(b)(2)(E) |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Ally Financial Inc<br>Attn: Bankruptcy<br>PO Box 380901<br>Bloomington, IL 55438 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| American Express<br>Attn: Bankruptcy<br>PO Box 981537<br>El Paso, TX 79998-1537 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Araina Howard<br>4208 Towne Lake Heights<br>Woodstock, GA 30189-4238 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Army & Air Force Exchange Services<br>Attn: Bankruptcy<br>PO Box 650060<br>Dallas, TX 75265-0060 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Capital One Financial Corp<br>Attn: Bankruptcy<br>1680 Capital One Dr<br>McLean, VA 22102-3407 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Chex Systems Inc.<br>Attn: Bankruptcy<br>PO Box 58339<br>Minneapolis, MN 55458-3399 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| City of New York<br>Office of Child Support Services<br>151 W Broadway 4th Floor<br>New York, NY 10013-4499 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Commonwealth of Pennsylvania<br>Department of Revenue<br>Attn: Bankruptcy<br>Department 280946<br>Harrisburg, PA 17128-0001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Commonwealth of Pennsylvania<br>Office of Attorney General<br>Attn: Bankruptcy<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Commonwealth of Pennsylvania<br>Office of General Counsel<br>Attn: Bankruptcy<br>30 N 3rd St Ste 200<br>Harrisburg, PA 17101-1715 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| County of Burlington<br>49 Rancocas Rd<br>Mount Holly, NJ 08060-1317 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| DE E-Z Pass<br>Attn: Bankruptcy<br>22 W Loockerman St # 24<br>Dover, DE 19904-7324 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Internal Revenue Service<br>Attn: Bankruptcy<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| JPMorgan Chase<br>Attn: Bankruptcy<br>270 Park Ave<br>New York, NY 10017-2014 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Lead Bank<br>Attn: Bankruptcy<br>1801 Main St<br>Kansas City, MO 64108-2352 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Navy Federal Credit Union<br>Attn: Bankruptcy<br>820 Follin Ln SE<br>Vienna, VA 22180-4907 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Navy Federal Credit Union<br>P.O. BOX 3000<br>Merrifield, VA 22119 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| New Jersey Turnpike Authority<br>Ramon de la Cruz, NJ Turnpike Authority<br>1 Turnpike Plaza, P.O Box 5042<br>Woodbridge, NJ 07095 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Newrez<br>601 Office Center Dr<br>Fort Washington, PA 19034 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| NewRez, LLC<br>Nikita R. Joshi<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| NJ E-ZPass<br>Attn: Bankruptcy<br>PO Box 4971<br>Trenton, NJ 08650-4971 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| NYC-HRA Office of Child Support Services<br>150 Greenwich St<br>40th fl<br>New York, NY 10007 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| PA E-ZPass<br>Attn: Bankruptcy<br>300 E Park Dr #2729<br>Harrisburg, PA 17111-2729 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| PayPal<br>Attn: Bankruptcy<br>2211 N 1st St<br>San Jose, CA 95131-2021 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| PSEG<br>Attn: Bankruptcy<br>80 Park Plz<br>Newark, NJ 07102-4109 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Self Financial Inc.<br>Attn: Bankruptcy<br>91 Red River St Unit 1000<br>Austin, TX 78701-4814 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| State of Delaware<br>Division of Revenue<br>Attn: Bankruptcy<br>820 N French St 8th Floor Floor<br>Wilmington, DE 19801-3509 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| State of Delaware Division of Revenue<br>Kathleen Cruz-Morefield<br>PO Box 8763, MS #28<br>Wilmington, DE 19899 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| State of New Jersey<br>Division of Law<br>Attn: Bankruptcy<br>25 Market Street<br>PO Box 112<br>Trenton, NJ 08625-0112 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| State of New Jersey<br>Division of Taxation<br>Attn: Bankruptcy<br>3 John Fitch Way, 5th Floor<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| State of New Jersey<br>Motor Vehicle Commission<br>Attn: Bankruptcy<br>225 East State St<br>PO Box 136<br>Trenton, NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| State of New Jersey Department of Labor<br>PO Box 951<br>Trenton, NJ 08625 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| State of South Carolina<br>Department of Revenue<br>Attn: Bankruptcy<br>300A Outlet Pointe Blvd<br>Columbia, SC 29210-5666 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Tia Bragg<br>768 S Seventh St<br>Vineland, NJ 08360-5761 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Twp. of Willingboro<br>Attn: Bankruptcy<br>1 Martin Luther King Jr. Blvd<br>Willingboro, NJ 08046 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| U.S. Attorney's Office (NJ)<br>Attn: Civil Process Clerk<br>970 Broad St Ste 700<br>Newark, NJ 07102-2534 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| U.S. Department of Justice<br>Attorney General of the United States<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| United Debt Settlement LLC<br>Attn: Bankruptcy<br>240 W 37th St Ste 400<br>New York, NY 10018-5733 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Vineland Gardens<br>775 S 6th St<br>Vineland, NJ 08360-5646 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Willingboro Municipal Utilities Authority<br>Attn: Bankruptcy<br>433 John F Kennedy Way<br>Willingboro, NJ 08046-2123 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |