UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Dae'Trell Ivan Lindsey

Debtor(s)

Case No.: 26-19817 / MBK

Chapter 13

Hearing Date: 12/02/2026 at 9:00 am

Judge: Michael B. Kaplan

**TRUSTEE'S OBJECTION TO MOTION TO VACATE DISMISSAL**

Albert Russo, the Standing Chapter 13 Trustee, hereby objects to the Motion to Vacate Dismis

for the following reason(s):

1. The debtor does not have all of the funds to bring the Trustee payments current and need to address the remaining arrears.

2. The 341(a) Meeting was not held because the debtor did not provide all necessary documents to the Trustee prior to the 341(a) Meeting.

Dated: November 16, 2026

/s/ Albert Russo

Albert Russo, Standing Chapter 13 Trustee
By: Erik Collazo, Staff Attorney