UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Dae'Trell Ivan Lindsey

Debtor(s)

Case No.: 26-19817 / MBK

Judge: Michael B. Kaplan

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Erik Collazo, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On November 16, 2026, I caused a copy of the following documents to be mailed to the parties listed in the chart below:

   **TRUSTEE'S OBJECTION TO MOTION TO VACATE DISMISSAL,**
   **CERTIFICATE OF SERVICE**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: November 16, 2026

/s/ Erik Collazo

Signature

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Dae'Trell Ivan Lindsey<br>51 Club House Dr<br>Willingboro, NJ 08046-3403 | Debtor(s) | Regular Mail |
| Michael I. Assad, Esq.<br>923 Haddonfield Road, #336<br>Cherry Hill, NJ 08002 | Attorney for Debtor(s) | Notice of Electronic Filing (NEF) |